937

No. 95–6002.  AREVALO v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–6003.  BERNARDO v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 95–6005.  CHOW v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–6007.  MARINO v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–6009.  LYONS v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–6010.  MARTIN v. HALL, WARDEN, ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 95–6026.  GEORGE v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–6029.  ESTRADA v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 95–6034.  BONAVOLANTE v. UNITED STATES.  C. A. 7th
Cir.  Certiorari denied.

No. 95–6035.  CROWDER v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 95–69.  KERNAN, WARDEN v. WESTON.  C. A. 9th Cir.
Motion of respondent for leave to proceed *in forma pauperis*
granted.  Certiorari denied.

No. 95–134.  SOUTHERN PACIFIC TRANSPORTATION CO. v. IS-
BELL ET AL.  Sup. Ct. Ariz.  Motion of Association of American
Railroads for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 95–163.  ZONING BOARD OF ADJUSTMENT FOR THE TOWN-
SHIP OF WEST AMWELL ET AL. v. DEBLASIO.  C. A. 3d Cir.  Motion of New Jersey State League of Municipalities for leave to file
a brief as *amicus curiae* granted.  Certiorari denied.